602

Ella Rasmusson, appellee, v. The Boston Store, appellant.  Gen.
No. 35,416.

Opinion filed June 15, 1932.
Rehearing denied June 29, 1932.

Moses, Kennedy, Stein & Bachrach, for appellant; Hamilton Moses
and Arthur Magid, of counsel.  Lionel A. Sherwin, for appellee;
Cairoli Gigliotti, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Sankey B. Washington et al., appellants, v. Lucy C. Jefferson, ap-
pellee.  Gen. No. 35,478.

Opinion filed
June 15, 1932.

James B. Cashin, for appellants; Thomas P. Harris, of counsel.
Hirsch H. Resnick, for appellee; Preston Clark, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Theo. Mielke, appellee, v. Raymond Meyer, appellant.  Gen. No.
35,487.

Opinion filed June 15, 1932.

H. L. Howard, William Greene and E. E. Anderson, for appellant.
No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Lydia Goodman, appellee, v. J. Wittles, defendant, on appeal of
Jack Wittles, appellant.  Gen. No. 35,496.

Opinion filed June 15, 1932.

George E. Mittelman, for appellant.  Jacob G. Grossberg and Maur-
ice Greiman, for appellee.

Mr. Justice Wilson delivered the opinion of the court.